58 F.3d 490
 4 A.D. Cases 992
 John DOE, M.D., by Curtis LAVERY, Executor of his Estate,
Plaintiff-Appellant,
v.
ATTORNEY GENERAL OF THE UNITED STATES, et al., Defendants-Appellees.
 No. 93-15253.
 United States Court of Appeals,
Ninth Circuit.
 June 28, 1995.
 
 1
 Before: WALLACE, Chief Judge, O'SCANNLAIN, Circuit Judge, and KELLEHER,* District Judge.
 
 ORDER WITHDRAWING OPINION
 
 2
 The opinion filed in this case on January 18, 1995, reported at 44 F.3d 715 (9th Cir.1995), is withdrawn.
 
 
 
 *
 Honorable Robert J. Kelleher, United States District Judge, Central District of California, sitting by designation